IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| **ROBERTO VILLALVA**, on behalf of himself and all other Plaintiffs similarly situated, known and unknown, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. 15 C 6236 |
| **GRAND & PULASKI CITGO, INC.**, an Illinois corporation, d/b/a **GRAND & PULASKI CITGO**, and **JOHN SCALI**, an individual, | ) ) ) ) ) ) | |
| Defendants. | ) | |

## MEMORANDUM ORDER

Counsel for plaintiff Roberto Villalva have noticed up for presentment at 9:15 a.m. February 9, 2016 a motion to re-depose Juan Hernandez, formerly an employee of the defendants in this action. Because of the extraordinarily troubling nature of that motion, counsel for defendants are ordered to cause defendant John Scali to accompany them to the February 9 hearing on the motion.[1]

_____
Milton I. Shadur
Senior United States District Judge

Date: February 4, 2016

---

[1] No view is expressed here, of course, as to the substantive merit or lack of merit of the assertions contained in the motion.