IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ROBERTO VILLALVA, on behalf of himself and all other Plaintiffs similarly situated, known and unknown,<br><br>      Plaintiff,<br><br>v.<br><br>GRAND & PULASKI CITGO, INC., an Illinois corporation, d/b/a GRAND & PULASKI CITGO, and JOHN SCALI, an individual,<br><br>      Defendants. | Case No. 15-cv-06236<br><br>**Honorable Milton I. Shadur**<br>**Judge Presiding**<br><br>Magistrate Judge Mary Rowland |

**AGREED STIPULATION TO DISMISS**

THIS MATTER COMING ON TO BE HEARD UPON STIPULATION FOR DISMISSAL; the Court being advised in the premises that in connection with Defendants' proceedings in bankruptcy, Case Nos. 16-05072 and 16-05081, the parties herein are in agreement as to the settlement of all facts and issues in connection with this matter:

IT IS HEREBY ORDERED as follows: That this matter be and is hereby dismissed, with prejudice, each party to bear his or its own costs and attorneys' fees.

For the Plaintiff,

/s/ Timothy M. Nolan

For the Defendants,

/s/ Antonio Calderone

Dated ......February 13......, 2017

ENTER _Milton D Shadur_

1